United States Courts
Southern District of Texas
FILED

August 21, 2024

Nathan Ochsner, Clerk of Court

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | Criminal No. **4:24-cr-00446** |
| | § | |
| v. | § | |
| | § | **Under Seal** |
| **DOMINIQUE LAJAY HARDY,** | § | |
| | § | |
| Defendant. | § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

### Felon in Possession of a Weapon – 18 U.S.C. § 922(g)(1)

On or about the 11th day of October, 2022, in the Houston Division of the Southern District of Texas, the Defendant,

### DOMINIQUE LAJAY HARDY

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm, that is, a Springfield XDS .45 caliber pistol (Serial Number S3209007), said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

### Notice of Criminal Forfeiture

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. ¶ 246(c), the United States of America hereby gives notice that the firearm involved in, or used in the commission of the offense in violation of 18 U.S.C. § 922(g)(1) as charged in Count One is subject to forfeiture, including, but not limited to, the following:

1. Springfield XDS .45 caliber pistol (Serial Number S3209007)

2. 1 x unfired .45 cal round
3. 1 x Springfield .45 cal pistol magazine

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

**ALAMDAR S. HAMDANI**
**UNITED STATES ATTORNEY**

**BY:** *Adam Tisdall*
      **Adam Tisdall**
      **Trial Attorney**
      **United States Department of Justice**